(93 South. 926)

ROSS v. STATE. (6 Div. 79.) (Court of Appeals of Alabama. April 11, 1922.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed by appellant.

_____

(88 South. 926)

SALSER v. CITY OF BIRMINGHAM. (6 Div. 766.) (Court of Appeals of Alabama. Dec. 14, 1920.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Roderick Beddow, of Birmingham, for appellant. Fred G. Moore, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed on motion of appellant.

_____

(91 South. 926)

SHEAR v. STATE. (1 Div. 405.) (Court of Appeals of Alabama. Nov. 29, 1921.) Appeal from Circuit Court, Talladega County; Joel W. Goldsby, Judge. Webb, McAlpine & Grove, of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. The appeal is upon the record, there being no bill of exceptions, and the time having expired for filing same. There is no error in the record. Affirmed.

_____

(88 South. 926)

SHOEMAKER v. WOODWARD IRON CO. (6 Div. 726.) (Court of Appeals of Alabama. Nov. 9, 1920.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge. Frank S. White & Sons, of Birmingham, for appellant. Nesbit & Sadler, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by motion of appellant.

_____

(89 South. 926)

SIMON v. STILL. (6 Div. 752.) (Court of Appeals of Alabama. May 12, 1921.) Appeal from Circuit Court, Jefferson County; John C. Pugh, Judge. J. W. Logan and R. L. Williams, both of Birmingham, for appellant. W. T. Edwards, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution. See, also, 206 Ala. 253, 89 South. 713.

_____

(93 South. 926)

SIMPSON v. STATE. (8 Div. 874.) (Court of Appeals of Alabama. May 9, 1922.) Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge. A. A. Williams, of Florence, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. There was ample evidence to show the guilt of defendant for making or manufacturing liquor, and the court did not err in refusing the affirmative charge, as requested by the defendant. Affirmed.

(91 South. 926)

SIMS v. STATE. (5 Div. 390.) (Court of Appeals of Alabama. Dec. 20, 1921.) Appeal from Circuit Court, Chambers County; Lum Duke, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. No bill of exceptions, and no error of record. Affirmed.

_____

(89 South. 926)

SIZEMORE v. STATE. (4 Div. 700.) (Court of Appeals of Alabama. June 14, 1921.) Appeal from Circuit Court, Geneva County; H. A. Pearce, Judge. W. O. Mulkey, of Geneva, for appellant. Harwell G. Davis, Atty. Gen. for the State.

BRICKEN, P. J. Abated by death of appellant.

_____

(91 South. 926)

SMITH v. ELDRIDGE. (1 Div. 409.) (Court of Appeals of Alabama. Nov. 17, 1921.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

_____

(92 South. 926)

SMITH v. STATE. (1 Div. 446.) (Court of Appeals of Alabama. April 18, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed.

_____

(92 South. 926)

SMITH v. STATE. (8 Div. 883.) (Court of Appeals of Alabama. April 11, 1922.) Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. The time for filing bill of exceptions has expired, and there is no error apparent of record. Affirmed.

_____

(93 South. 927)

SMOOT v. STATE. (8 Div. 915.) (Court of Appeals of Alabama. June 6, 1922.) Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. No question is raised by the bill of exceptions, and there is no error apparent of record. Affirmed.

_____

(91 South. 927)

SOUTHERN RY. CO. v. AVONDALE STOVE & FOUNDRY CO. (6 Div. 962.) (Court of Appeals of Alabama. Feb. 21, 1922.) Appeal from Circuit Court, Jefferson County; Romain Boyd, Judge. Stokely, Scrivner & Dominick, of Birmingham, for appellant. Cabaniss, Johnston, Cocke & Cabaniss, of Birmingham, for appellee.

MERRITT, J. Appeal dismissed.